940 A.2d 290

IN THE MATTER OF CIRO A. MEDEROS,
AN ATTORNEY AT LAW.

January 29, 2008.

## ORDER

This matter having been duly presented to the Court, it is ORDERED that **CIRO A. MEDEROS of TEANECK,** who was admitted to the bar of this State in 1989, and who was suspended from the practice of law for a period of eighteen months, effective October 30, 2002, by Order of this Court dated May 24, 2007, be restored to the practice of law, effective immediately.